The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZEBELUM ANNU-EL,<br><br>Plaintiff,<br><br>v.<br><br>SEA MAR KENT MEDICAL CLINIC; and SANDY HERNANDEZ,<br><br>Defendants. | NO. 2:23-CV-02007-JNW<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY CUTOFF DATE FOR PURPOSES OF PLAINTIFF'S DEPOSITION |

This matter is before the Court on Defendants' Stipulated Motion to Extending Discovery Cutoff Date for Purposes of Plaintiff's Deposition. The Court has reviewed the motion and it is hereby **ORDERED** that the motion is **GRANTED**. The discovery cut-off date is extended to November 27, 2024 for the limited purpose of completing Plaintiff's deposition.

Dated this 19th day of November, 2024.

*[signature]*

HONORABLE JAMAL N. WHITEHEAD
US DISTRICT COURT JUDGE

ORDER GRANTING STIPULATED MOTION TO
EXTEND DISCOVERY CUTOFF DATE FOR PURPOSES
OF PLAINTIFF'S DEPOSITION – 1

deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 216-2642

Presented by:

*s/Brennen Johnson*
Brennen Johnson, WSBA #51665
2115 N 30th St., Ste. 101
Tacoma, WA 98403
(253) 216-2642
brennen@demaineseeberger.com

– 2



deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 216-2642

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that the following is true and correct:

That on the date signed below, I caused to be served in the manner indicated a true and accurate copy of the foregoing, **ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY CUTOFF DATE FOR PURPOSES OF PLAINTIFF'S DEPOSITION [PROPOSED],** by the method indicated below and addressed to the following:

| *Plaintiff*<br>Zebelum Annu El<br>505 S 194TH CT<br>DES MOINES, WA 98148 | ☑ U.S. Mail  ☐ Overnight<br>☐ Hand Delivery  ☐ E-mail/E-Service<br>☐ Facsimile  ☐ Messenger |
|---|---|

Signed this 15th day of November, 2024, at Tacoma, Washington.

*s/ Doug Bolter*
Doug Bolter, Legal Assistant

– 3

deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 216-2642