UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNU EL, | CASE NO. 23-cv-2007 |
| Plaintiff, | ORDER |
| v. | |
| SEA MAR KENT MEDICAL CLINIC ET AL, | |
| Defendants. | |

This matter comes before the Court on Defendants Sea Mar Kent Medical Clinic and Sandy Hernandez's motion for leave to file a motion for summary judgment to be considered contemporaneously with their pending motion to dismiss. Dkt. No. 34. Defendants moved to dismiss Plaintiff Zebelum Annu El's Amended Complaint on June 10, 2024. Dkt. No. 24. That motion remains pending.

Defendants rightly point out that, under the Local Civil Rules, "[a]bsent leave of the court, a party must not file contemporaneous dispositive motions, each one directed toward a discrete issue or claim." Dkt. No. 34 at 3 (quoting LCR 7(e)(3)). Defendants also rightly point out that "[t]he deadline for dispositive motions set by the Court is December 16, 2024," which is fast-approaching. *Id*. Thus, the Court

**ORDER** - 1

agrees with Defendants that leave to file a motion for summary judgment is appropriate.

Plaintiff Zebelum Annu El opposes Defendants' motion for leave to file a motion for summary judgment. Dkt. No. 37. However, Annu El misconstrues Defendants' motion as a motion for summary judgment. *See id.* at 1 ("Imploring the Courts to deny motion for summary judgment due to a series of triable issues of facts.") Defendants' motion is not a request for summary judgment; rather, it is a request for the Court's permission to request summary judgment. Once Defendants have actually moved for summary judgment, Annu El will have an opportunity to oppose that motion. For now, the Court finds it appropriate to grant Defendants leave to file a motion for summary judgment.

Thus, the Court GRANTS Defendants' motion for leave to file for summary judgment, Dkt. No. 34.

It is so ORDERED.

Dated this 4th day of December, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2