UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZEBELUM ANNU-EL,<br><br>Plaintiff,<br><br>v.<br><br>SEA MAR KENT MEDICAL CLINIC; and SANDY HERNANDEZ,<br><br>Defendants. | NO. 2:23-CV-02007-JNW<br><br>ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL DATE <s>[PROPOSED]</s> |

      This matter is before the Court on Defendants' Motion to Continue Trial Date. The Court has reviewed the motion, opposition, and all other materials on file, and hereby **ORDERS** that the motion is **GRANTED**.

      **The Court moves the trial date from 4/14/25 to 7/14/25.**

      **The Court moves the pretrial conference date from 4/7/25 to 7/7/25.**

      **The Court moves the deadline for proposed jury instructions, voir dire questions, and trial briefs from 3/31/25 to 6/30/25.**

      **The Court moves the deadline for pretrial orders and deposition designations from 3/24/25 to 6/23/25.**

      **The Court moves the deadline for motions in limine from 3/5/25 to 6/16/25.**

ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL DATE [PROPOSED] – 1



deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 216-2642

It is so ORDERED.

Dated this 25th day of February, 2025.

HONORABLE JAMAL N. WHITEHEAD
US DISTRICT COURT JUDGE

Presented by:

Brennen Johnson, WSBA #51665
2115 N 30th St., Ste. 101
Tacoma, WA 98403
(253) 216-2642
brennen@demaineseeberger.com

ORDER GRANTING DEFENDANTS' MOTION TO
CONTINUE TRIAL DATE [PROPOSED] – 2

deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 216-2642

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that the following is true and correct:

That on the date signed below, I caused to be served in the manner indicated a true and accurate copy of the foregoing, **ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL DATE [PROPOSED]** by the method indicated below and addressed to the following:

| *Plaintiff*<br>Zebelum Annu El<br>505 S 194TH CT<br>DES MOINES, WA 98148 | ☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile | ☐ Overnight<br>☐ E-mail/E-Service<br>☐ Messenger |
|---|---|---|

Signed this 3rd day of February, 2025, at Tacoma, Washington.

*s/ Doug Bolter*
Doug Bolter, Legal Assistant

ORDER GRANTING DEFENDANTS' MOTION TO
CONTINUE TRIAL DATE [PROPOSED] – 3

deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 216-2642